# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JERRY WETHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:15-CV-904 |
| | ) |
| CRA-WAL, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1.  Plaintiff, Jerry Wethington ("Wethington"), by counsel, brings this action against Defendant, Cra-Wal, Inc., ("Defendant") alleging violations of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et. seq*. and the American with Disabilities Act ("ADA"), as amended, 42 U.S.C. § 12101 *et. seq*.

### II. PARTIES

2.  Wethington is a resident of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3.  Defendant maintains offices and conducts business within the geographical boundaries of the Southern District of Indiana.

### III. JURISDICTION AND VENUE

4.  Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. § 1343; 42 U.S.C. § 12117 and 29 U.S.C. § 626.

5.  Defendant is an "employer" as that term is defined by 29 U.S.C. § 630(b) and 42

U.S.C. § 12111(5)(A).

6. Wethington was an "employee" as that term is defined by 29 U.S.C. § 630(f).

7. Wethington is a qualified individual with a disability as that term is defined by the ADA, 42 U.S.C. § 12102(2)(c). At all relevant times, Defendant had knowledge of Wethington's disability and/or it regarded Wethington as being disabled and/or Wethington has a record of being disabled.

8. Wethington satisfied his obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission against Defendant alleging discrimination based on age and disability. Wethington received the required Notice of Suit Rights and timely files this action.

9. All events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

### IV. FACTUAL ALLEGATIONS

10. Wethington, who was born in 1959, was hired by the Defendant on or about March 1978 as a Die Cut Operator. Most recently, he worked as a Baler. At all times relevant, Wethington met or exceeded Defendant's legitimate performance expectations.

11. Wethington suffers from a physical impairment to his back that substantially limits one or more of his major life activities. In 2007, Wethington was prescribed pain medication for his disability. In or about 2011, Wethington provided Defendant with a list of the medications that he was taking for his condition after he needed to leave early one day due to his condition and the medication he was taking. Afterward, Wethington continued to work without issue.

12. After Wethington took time off in late August 2013, Defendant required that he once again provide a list of all medication that he was taking before he could return to work. In the interim, Wethington injured his back and utilized leave under the FMLA until his physician released him to return to work on or about November 25, 2013.

13. Defendant would not allow Wethington to return to work, however, due to the medications he was taking. Wethington's medications, however, had not changed since 2007. As an accommodation, Wethington offered and initiated the process to stop taking the medication; however, Defendant insisted that Wethington would have to take an additional thirty (30) days of leave to be weaned from his medication, and Defendant would not provide this accommodation. Instead, Defendant terminated Wethington after thirty-five years of employment.

14. Wethington was replaced by a younger and/or non-disabled individual.

15. Defendant discriminated against Wethington on the basis of his disability and/or age when it terminated his employment.

### V. CAUSES OF ACTION

#### COUNT I-VIOLATION OF THE ADA - DISCRIMINATION

16. Paragraphs one (1) through fifteen (15) of Wethington's Complaint are hereby incorporated.

17. Defendant violated Wethington's rights as protected by the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. by failing to accommodate Wethington's disability, and terminating Wethington because of his real or perceived disability.

18. Defendant's actions were intentional, willful and in reckless disregard of

Wethington's rights as protected by the ADA.

19. Wethington has suffered and continues to suffer harm as a result of Defendant's unlawful actions.

### COUNT II: AGE DISCRIMINATION

20. Paragraphs one (1) through nineteen (19) of Wethington's Complaint are hereby incorporated.

21. Defendant discriminated against Wethington based on his age.

22. Defendant willfully and intentionally discriminated against Wethington on the basis of his age in violation of the ADEA.

23. Wethington has suffered damages as a result of Defendant unlawful actions.

### VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Jerry Wethington, respectfully requests that this Court enter judgment in his favor and award his the following relief:

1. Reinstate Plaintiff to the position, salary and seniority level he would have enjoyed but for Defendant's unlawful employment actions, or award him front pay in lieu thereof;

2. Pay Plaintiff's lost wages and benefits;

3. Pay to Plaintiff compensatory damages, including, lost future earning capacity under the ADA;

4. Pay to Plaintiff punitive damages for Defendant's violations of the ADA;

5. Pay to Plaintiff liquidated damages for Defendant's violation of the ADEA;

6. Pay to Plaintiff pre- and post-judgment interest;

7. Pay Plaintiff's costs and attorney fees incurred in litigating this action; and,

8. Provide any further equitable relief this Court sees fit to grant.

        Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Lauren E. Berger_____
Andrew Dutkanych III, Atty. No. 23551-49
Lauren E. Berger, Atty. No. 29826-19
411 Main Street
Evansville, IN 47708
Telephone:  (812) 424-1000
Facsimile:  (812) 424-1005
Email: ad@bdlegal.com
      lberger@bdlegal.com

Attorneys for Plaintiff, Jerry Wethington

## DEMAND FOR JURY TRIAL

Plaintiff, Jerry Wethington, by counsel, requests a trial by jury on all issues deemed so triable.

        Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Lauren E. Berger_____
Andrew Dutkanych III, Atty. No. 23551-49
Lauren E. Berger, Atty. No. 29826-19
411 Main Street
Evansville, IN 47708
Telephone:  (812) 424-1000
Facsimile:  (812) 424-1005
Email: ad@bdlegal.com
      lberger@bdlegal.com

Attorneys for Plaintiff, Jerry Wethington