# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JERRY WETHINGTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  1:15-cv-00904-SEB-DML |
| CRA-WAL, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties having so jointly stipulated, the Court hereby dismisses this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own costs and attorneys' fees.

Date: 12/14/2015

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.